UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
FEB 04 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,
)
v.
)
)  Case No.   1:19-PO-00006-SAB
BENJAMIN SANTILLANA,
)

**ORDER SETTING CONDITIONS OF RELEASE**
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at:   U.S. DISTRICT COURT, 2500 TULARE STREET, FRESNO CA
*Place*

on ___ FEBRUARY 20, 2020 AT 11:00 AM BEFORE MAGISTRATE JUDGE BOONE (COURTROOM 9)
*Date and Time*

6) The defendant must reside and attend the VA Homeless Shelter in Fresno CA and not move or absence yourself without the permission of the VA Officials or the Court. All previous conditions of release shall remain in full force.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 2/4/2020

_____
Defendant's signature

2/4/2020

_____
Judicial Officer's Signature
STANLEY A. BOONE, U. S. Magistrate Judge
*Printed name and title*